# EXHIBIT "B"

🏠 17202 WILLIAMS BEND CIR
CYPRESS, TX 77433
Residential

Account: 1290190010061
Name: CLARK PORCHA J
Mailing Address: 17202 WILLIAMS BEND CIR CYPRESS, TX 77433-4550


📈 Valuation History


Valuations | Certified ✅
---|---
Land: | $87,237
Improvement: | $381,880
Market: | $469,117
Appraised: | $469,117

↗ iFile a protest
↗ Value Notice

Compare Valuations

### Jurisdictions/Exemptions

| District | Jurisdictions | Exemption Value | 2023 Rate | 2024 Rate |
|---|---|---|---|---|
| 004 | **CYPRESS-FAIRBANKS ISD** | | 1.081100 | 1.086900 |
| 040 | **HARRIS COUNTY** | | 0.350070 | 0.385290 |
| 041 | **HARRIS CO FLOOD CNTRL** | | 0.031050 | 0.048970 |
| 042 | **PORT OF HOUSTON AUTHY** | | 0.005740 | 0.006150 |
| 043 | **HARRIS CO HOSP DIST** | | 0.143430 | 0.163480 |
| 044 | **HARRIS CO EDUC DEPT** | | 0.004800 | 0.004799 |
| 045 | LONE STAR COLLEGE SYS | | 0.107600 | 0.107600 |
| 506 | **HC MUD 419** | | 0.835000 | 0.820000 |
| 617 | **HC WCID 157** | | 0.355000 | 0.350000 |
| 633 | HC EMERG SRV DIST 9 | | 0.044360 | 0.040000 |

**Exemption Type:** None

### 🪪 Property Details

| | |
|---|---|
| Legal Description | LT 61 BLK 1 FIRST BEND SEC 5 |
| Land | 6,581 SF |
| Living Area | 3,029 SF |

### 🚶 Fiduciary
None

### 📢 Status
Notice Sent on: Apr 19, 2024
Deadline to file a protest: May 20, 2024
ARB Status: Certified

### Location

| State Class Code | Neighborhood | Neighborhood Name | Market Area | Map Facet | Key Map | Neighborhood Group |
|---|---|---|---|---|---|---|
| A1 -- Real, Residential, Single-Family | 225.05 | FIRST BEND SEC 5,6,8,9 | 227 -- ISD 04 - Far West, South of US 290/North of FM 529 | 4565C | 366L | 4131 |

### 🔗 Additional Links
↗ Property Tax Database
🔍 Same Street Name
↗ Property Owners Website

### Land Details

| Line | Land Use | Unit type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market Value Land | | | | | | |
| 1 | 1001 -- Res Improved Table Value SF1 -- Primary SF | SF | 6,000 | 1.00 | 1.00 | 1.00 | -- | 1.00 | 14 | 14.40 | 86,400.00 |
| 2 | 1001 -- Res Improved Table Value SF3 -- Residual SF | SF | 581 | 1.00 | 0.10 | 1.00 | -- | 0.10 | 14 | 1.44 | 837.00 |

### 🕓 Ownership History

| Owner | Effective Date |
|---|---|
| CLARK PORCHA J | 08/15/2016 |
| OCCLESTON DAVID L | 05/11/2011 |
| MERITAGE HOMES TEXAS LLC | 11/16/2010 |
| GGP BRIDGELAND LP | 01/01/2007 |

### Building Summary

| | Building | Year Build | Type | Style | Quality | Impr Sq Ft | ℹ |
|---|---|---|---|---|---|---|---|
| ➕ | 1 | 2010 | Residential Single Family | 101 Residential 1 Family | Good | 3,029 | |