IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HARRIS DIVISION

| | | |
|---|---|---|
| PORCHA CLARK TANYINGU, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-01251 |
| | § | |
| LAKEVIEW LOAN SERVICING, LLC and LOANCARE, LLC | § | |
| | § | |
| *Defendants*. | § | |

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Defendants Lakeview Loan Servicing LLC and LoanCare LLC file this Certificate of Interested Persons, and state as follows:

The following entities and/or persons are financially interested in the outcome of this case:

1. Porcha Clark Tanyingu;

2. Lakeview Loan Servicing LLC; and

3. LoanCare LLC.

Respectfully submitted,

By: */s/ Kathryn B. Davis*
**KATHRYN B. DAVIS**
State Bar No. 24050364
kdavis@mcglinchey.com
**MCGLINCHEY STAFFORD, PLLC**
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone : (713) 520-1900
Facsimile: (713) 520-1025

**ATTORNEYS FOR DEFENDANTS LAKEVIEW LOAN SERVICING LLC AND LOANCARE LLC**

## CERTIFICATE OF SERVICE

I certify that on March 17, 2025, a true and correct copy of the foregoing was served pursuant to the FEDERAL RULES OF CIVIL PROCEDURE as follows:

*<u>Via Email and/or First Class Mail</u>*

Derek H. Deyon
TBN 24075862
ddeyon@deyonlawgroup.com
The Deyon Law Group, PLLC
440 Louisiana Street, Suite 900
Houston, Texas 77002
(346) 229-0106
(346) 202-0230

**Counsel for Plaintiff**

*/s/ Kathryn B. Davis*
**KATHRYN B. DAVIS**