United States District Court
Southern District of Texas
**ENTERED**
April 23, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PORCHA CLARK TANYINGU | § | |
| | § | |
| PLAINTIFF, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-cv-1251 |
| | § | |
| LAKEVIEW LOAN SERVICING LLC | § | |
| ET AL, | § | |
| | § | |
| DEFENDANT. | | |

## ORDER GRANTING MOTION TO DISMISS

On March 24th, 2025, Defendants Lakeview Loan Servicing LLC and LoanCare, LLC filed a Motion to Dismiss ("Motion") (Doc. No. 6). Plaintiffs' response was due by April 14th, 2025. *See* Local Rules 7.3 & 7.4. On April 15th, 2025, after the Court inquired about the lack of response, Plaintiff notified the Court that she would be submitting either a response to the motion or an amended complaint by April 18th, 2025. As of April 22nd, 2025, Plaintiff has filed neither. Under Local Rule 7.4, failure to respond to a motion by the submission day is taken as a representation of no opposition.

Accordingly, the Court **GRANTS** the Motion (Doc. No. 6). Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 22nd of April, 2025

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE